**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 18-21657 - D - 13
Robert Vernon Williams and         ) Docket Control No. AOE-3
Jennifer Williams,                 ) Document No. 44
            Debtors.               ) Date: 07/24/2018
                                   ) Time: 10:00 AM
_____) DEPT: D
```

**Order**

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is denied.

Dated: July 25, 2018

*Robert S. Bardwil, Judge*
United States Bankruptcy Court

[44] - Motion/Application to Confirm Chapter 13 Plan [AOE-3] Filed by Joint Debtor Jennifer Williams, Debtor Robert Vernon Williams (jlns)